UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>          Defendant. | Case No. 25-cv-03741-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE** |

On June 2, 2025, the Clerk's Office issued a notice setting this matter for case management conference on August 19, 2025 and ordering the filing of a case management statement by August 12, 2025. ECF No. 10. No case management statement has been filed.

Also, there is no evidence on the docket that Defendant Hartford Fire Insurance Company has been served, although the complaint was filed on April 29, 2025.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

111 days have now passed since the filing of the complaint. Plaintiff is therefore ordered to show cause why this case should not be dismissed for failure to serve. A written response to this order is due by September 9, 2025. The Court will conduct a hearing on the order to show cause on September 16, 2025 at 2:00 p.m.

If Plaintiff's written response to the order to show cause is accompanied by satisfactory

1  evidence that the summons and complaint have been served, the order to show cause will be
2  withdrawn and the September 16, 2025 hearing will be converted to a case management
3  conference.  In that event, a joint case management statement is due September 9, 2025.
4      The August 19, 2025 case management conference is vacated.
5      **IT IS SO ORDERED.**
6  Dated:  August 18, 2025



JON S. TIGAR
United States District Judge