UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY, INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>              Defendant. | Case No. 25-cv-03741-JST<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND DISMISSING CASE**<br><br>Re: ECF Nos. 11, 13 |

The parties have filed a stipulation to dismiss this case "with prejudice in its entirety as to all parties, all claims, and all counterclaims, with each party to bear its own attorney's fees and costs." ECF No. 13 at 2. Accordingly, this case is hereby dismissed, and the Clerk shall close the file.

The August 18, 2025 order to show cause, ECF No. 11, is vacated.

**IT IS SO ORDERED.**

Dated: September 22, 2025

                                                JON S. TIGAR
                                       United States District Judge